# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DR. GLEN W. HURLSTON | § | |
| | § | |
| v. | § | CASE NO. 4:13-CV-757 |
| | § | (Judge Mazzant) |
| CITY OF PRINCETON, TEXAS, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 11, 2015, the report of the Magistrate Judge was entered (Dkt. #126) containing proposed findings of fact and recommendations that Defendants' City of Princeton, Texas, and City of Kyle, Texas (collectively "Defendants") Motion for Summary Judgment (Dkt. #90) be granted. On December 28, 2015, Plaintiff, represented by counsel, filed a Motion for Extension of Time to File Response as to Report and Recommendation (Dkt. # 127). On December 29, 2015, the Court granted Plaintiff's Motion for Extension of Time to File Response as to Report and Recommendation, and ordered Plaintiff to file his objections to the report of the Magistrate Judge on or before January 8, 2016 (Dkt. #128). No objections to the Magistrate Judge's report have since been filed.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' City of Princeton, Texas, and City of Kyle, Texas Motion for Summary Judgment (Dkt. #90) is **GRANTED** and Plaintiff's claims against City of Princeton, Texas, and City of Kyle, Texas, are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

SIGNED this 19th day of January, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE